884 F.2d 1384
 Obenchain Corporation
v.
Corporacion Nacionale de Inversiones, a/k/a Conadi,
Fundiciones Centro- Americanas S.A., Republic of Honduras,
Ramos (Angel Eduardo), Castillo (Roberto Ramon), Coello
(Augusto C.), Mendoza (Carlos A.), Marinakys (Juan C.),
Garcia (Norman), Cordova (Hector), Barnes (Roberto Glavez),
Calderon (Justo Pastor)
 NO. 89-3254
 United States Court of Appeals,
Third Circuit.
 AUG 17, 1989
 
 1
 Appeal From: W.D.Pa.,
 
 708 F.Supp. 695
 
 2
 APPEAL DISMISSED.